# EXHIBIT 2

Ostium V2 Launch Announcement

# Introducing Ostium V2: True Market Spreads, 2bps FX Fees, and 50+Tradable Markets

After hundreds of hours of user interviews and iterative development, we're thrilled to announce the launch of Ostium V2 – a complete overhaul of our trading platform designed specifically with your feedback in mind.

March 27, 2025 · 4 min read




For entertainment and informational purposes only. Not investment advice.

Last updated: March 28, 2026 -- Since V2 launched, Ostium has surpassed $33B in cumulative volume, added dynaic spreads for lower-liquidity assets, and expanded to 50+ tradable markets including single-name equities (NVDA, MSFT, TSLA, COIN, etc.)

YOU ASKED. WE LISTENED.

## How is the Fee Structure being Overhauled?

Many of you told us that spreads and execution were unpredictable or difficult to understand, and that our fee structure was confusing. We've completely reimagined how fees work on Ostium:

– **True Market Spreads**: We now offer top-of-book bid/ask pricing directly from the underlying market – no markup and no reliance on on-chain DEX liquidity. This means you actually get underlying market execution while staying on-chain.

– **Industry-Leading Fees**: As low as 2bps *total* to open and close positions on FX pairs, making Ostium the most cost-effective platform for sophisticated traders.

– **Optimized Funding**: Dramatically lower funding/rollover fees based on volatility, often just 3-5% on FX pairs compared to industry standards.

## What New Assets Can you Trade on Ostium V2?

We've significantly expanded our asset offerings to give you more trading opportunities:

– **Global Indices**: Trade FTSE (U.K.), DAX (Germany), and Nikkei (Japan) directly from your wallet

– **US Indices**: Full access to S&P 500, Nasdaq, and Dow Jones

– **New FX Pairs**: USD/CAD and USD/MXN for traders following tariff developments

## What New Trading Features does Ostium V2 Support?

Our smart contract updates deliver the flexibility you've been asking for:

– **Partial Position Closing**: Gradually take profits or cut losses with partial closes

– **Dynamic Collateral Management**: Add or remove collateral to adjust your leverage as market conditions change

– **Off-Hours Order Setting**: Place limit orders even when markets are closed (FX/indices/commodities)

– **Intuitive Position Sizing**: Size positions in asset units with fee accounting baked in

## How do you Start Trading on Ostium V2?

Getting started and funded on Ostium is now easier than ever:

– **Multiple Sign-In Options**: Use Privy for email or social sign-in while maintaining full wallet support

– **Cross-Chain Deposits**: Deposit any asset from any chain without ever leaving the Ostium interface

– **Exchange Integration**: Transfer funds directly from Coinbase, Binance, or Bitfinex with our integrated flow

– **Credit Card Support**: Instantly fund your account using your credit card

## 1-Click-Trading & Gasless Transactions

Trading on Ostium is now frictionless:

– **Smart Account Delegation**: Stay in your primary wallet and delegate signing to a smart account

– **No More Popups**: Say goodbye to constant MetaMask approval prompts

– **Zero Gas Fees**: We now sponsor all gas fees for users who sign in with Privy or enable 1-Click Trading

## Performance & UI Improvements

We've refined every aspect of the Ostium experience:

**– Cleaner Interface**: Streamlined design that puts critical information front and center

**– Enhanced Settings**: More accessible and comprehensive settings controls

**– Improved Charts**: Better visualization tools for more informed trading decisions

**– Technical Optimizations**: Faster loading times, optimized bundles, and expanded browser compatibility

### What's Next for Ostium?

This is just the beginning. Stay tuned for exciting announcements coming soon — as early as next week.

### New to Ostium?

Ostium is the only platform where you can long/short S&P, Nasdaq, Oil, Gold, and many other assets with leverage directly from your wallet. Experience the future of onchain Real World Assets today.

Start Trading Now

## Frequently Asked Questions

Question

Answer

What is Ostium V2?

Ostium V2 is a complete overhaul of the Ostium trading platform launched on March 27, 2025. Key features include true market spreads with top-of-book bid/ask pricing from the underlying market, industry-leading fees (as low as 2bps total on FX pairs), volatility-based funding rates, partial position closing, dynamic collateral management, off-hours limit orders, and expanded asset selection.

What fees does Ostium charge for trading?

Case 1:26-cv-07645-LAK Document 1-2 Filed 09/04/26 Page 6 of 8

Ostium V2 offers fees as low as 2 basis points (0.02%) total to open and close a position on FX pairs. Fees vary by asset class. Funding/rollover fees are volatility-based and typically 3-5% annualized on FX pairs, compared to higher industry averages.

What assets can you trade on Ostium?

As of 2026, Ostium supports 50+ tradable markets including: US indices (S&P 500, Nasdaq, Dow Jones), global indices (FTSE, DAX, Nikkei), commodities (gold, silver, oil, copper), FX pairs (EUR/USD, USD/JPY, GBP/USD, USD/CAD, USD/MXN, and more), single-name equities (NVDA, TSLA, MSFT, COIN, HOOD, etc.), and cryptocurrencies (BTC, ETH, SOL, and others).

Can you place limit orders on Ostium when markets are closed?

Yes. Ostium V2 introduced off-hours order setting, allowing traders to place limit orders for FX, indices, and commodities even when underlying traditional markets are closed. Orders execute when markets reopen and the price condition is met.


## Ready to trade these markets?

On-chain leverage. Unified accounts. Single-stock perpetuals.

Start Trading


## More from the Blog

Bitcoin Commodities Crypto Forex Stocks Trading

### Market Outlook #90

Bitcoin Commodities Crypto Forex Stocks

### Market Outlook #89

The latest Market Outlook, published for Ostium Insights: A look at the weeks ahead, focusing on price, positioning and event ris...

August 24, 2026 · 12 min read

The latest Market Outlook, published for Ostium Insights: a look at the week ahead, focusing on price, positioning and event ris...

August 10, 2026 · 12 min read

Commodities Forex Stocks

## Market Outlook #88

The latest Market Outlook, published for Ostium Insights: A top-down analysis for the weeks ahead, focusing on price, positionin...

July 27, 2026 · 12 min read

**OSTIUM**

Trade perpetuals on stocks, commodities, and forex with real market liquidity.

X Discord Telegram Medium

PRODUCT

Trade

Earn

Referrals

COMPANY

Careers

Terms & Conditions

Privacy Policy

Contact

Media Kit

DEVELOPERS

Documentation

Protocol Explorer

Trading derivatives, including perpetuals, futures, and options, involves substantial risk of loss and is not suitable for all users. You may lose all of your initial capital. You should carefully consider whether trading is appropriate for you in light of your financial condition, experience, and risk tolerance.

Prices, liquidity, and execution may vary due to market conditions, volatility, system performance, and other factors. Margin requirements and trading conditions may change at any time without notice. Trading digital assets and digital asset–linked instruments involves additional risks, including heightened volatility and evolving regulatory treatment.

Past performance is not indicative of future results. Any examples, projections, or historical returns are for illustrative purposes only and may not reflect actual future performance. Nothing on this website constitutes investment advice, a recommendation, or a solicitation to buy or sell any financial instrument.

By using this website, you agree to the Ostium Terms of Service and Privacy Policy.

© 2026 Ostium Labs Co. All Rights Reserved.