# EXHIBIT A

PUBLIC SLIPSHEET

This exhibit is the subject of a motion to seal.