**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESS FRONTIER LLC,<br><br>Plaintiff,<br><br>-against-<br><br>OSTIUM FOUNDATION; OSTIUM LABS CO.; DELTAX LTD.; DX GROUP LIMITED; KALEDORA KIERNAN-LINN; and JOHN DOE TRANSFEREES 1-10,<br><br>Defendants. | **Case No. 1:26-cv-07645** |

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants Ostium Foundation, Ostium Labs Co., DeltaX LTD., and DX Group Limited submit this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

1. Ostium Foundation is a parent corporation owning 75% of DX Group Limited, 50% of Dx Management Limited, and 100% of Ostium (BVI) Ltd.
2. Ostium Labs Co. is a corporate affiliate and parent corporation owning 25% of DX Group Limited and 50% of DX Management Limited.
3. DX Group Limited is a subsidiary of Ostium Foundation, Ostium Foundation owning 75% of DX Group Limited.
4. DeltaX LTD. is a subsidiary of DX Group Limited, DX Group Limited owning 100% of DeltaX LTD.
5. Ostium Foundation is a Cayman Islands foundation company limited by guarantee. It has no members, shareholders or other equity holders, has no parent corporation, and no publicly held corporation owns 10% or more of any interest in it.

6. Ostium Labs Co. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

7. The Complaint having not invoked diversity jurisdiction under 28 U.S.C. § 1332(a), additional disclosures under F.R.C.P. 7.1(2) do not apply.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Jon W. Muenz*

**SIDLEY AUSTIN LLP**
Jon W. Muenz
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: jmuenz@sidley.com

*Counsel for Defendants Ostium Foundation, Ostium Labs Co., DeltaX Ltd., and DX Group Limited*