UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ESS FRONTIER LLC,

Plaintiff,

-against- 26-cv-7645 (LAK)

OSTIUM FOUNDATION, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Ex Parte Emergency Order of Attachment, Temporary Restraint, Expedited Discovery and Order to Show Cause, entered on September 5, 2026, is **STAYED** pending further order of this Court.

Plaintiff shall file any reply papers in support of its emergency motion for an order of attachment and other relief (Dkts 8, 13) and any papers in opposition to defendants' motion to dissolve the temporary restraining order and for other relief (Dkt 54) at or before 5 p.m. on September 14, 2026.

The Court will hear argument, and may take evidence, on all pending motions on September 17, 2026 at 2 p.m. in Courtroom 21B. The Court will notify counsel as promptly as practicable as to whether it will take evidence at that time. In the event the Court decides to take evidence, it will wish to hear testimony from either or both of Mr. Zheng and Ms. Kiernan-Linn, both of whom shall be present unless otherwise ordered. If either of those individuals unavoidably will be outside the United States on September 17, counsel for such person(s) shall contact the Court's case manager, promptly on September 14, 2026, to make arrangements for the absent individual(s) to testify by video conference.

SO ORDERED.

Dated: September 12, 2026
Issued at: 3:27 p.m

/s/ Lewis A. Kaplan

Lewis A. Kaplan
United States District Judge