USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-14-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESS FRONTIER LLC,<br><br>Plaintiff,<br><br>-against-<br><br>OSTIUM FOUNDATION; OSTIUM LABS CO.; DELTAX LTD.; DX GROUP LIMITED; KALEDORA KIERNAN-LINN; and JOHN DOE TRANSFEREES 1–10,<br><br>Defendants. | **Case No. 1:26-cv-07645**<br><br>NOTICE OF PLAINTIFF'S MOTION TO FILE LIMITED MATERIALS UNDER SEAL |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declarations of Minghui Zheng and Benedict Hamilton and their exhibits, and all other papers and proceedings in this action, Plaintiff ESS FRONTIER LLC will move this Court, on submission and without oral argument unless the Court directs otherwise, pursuant to Federal Rule of Civil Procedure 5.2(d), Section 6 of the Court's ECF Rules, including ECF Rules 6.1 and 6.9 through 6.12, and the Court's inherent authority, for an order permitting Plaintiff to file the limited materials identified below under seal or in redacted form.

Plaintiff specifically requests authorization to:

1. file under seal unredacted versions of the TRO memorandum; the proposed emergency order of attachment and temporary restraining order; the Declarations of Minghui Zheng and Benedict Hamilton; Zheng Exhibits B through E and J; and Hamilton Exhibit 2, while filing corresponding public versions that redact only the specific nonpublic information identified in Plaintiff's highlighted submissions, and fully mask the embedded cash-

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
9/14/26

schedule image on page 5 of the Hamilton Declaration, which cannot be protected by Word text highlighting alone;

2. file Zheng Exhibits F through I under seal in full, with public placeholder pages, because the Foundation cash schedule, DeltaX cash schedule, cash-flow forecasts and four-entity financial statements disclose detailed entity-level treasury information throughout; and

3. file the Complaint and Complaint Exhibits 1 and 2; Zheng Exhibit A; Hamilton Exhibit 1; Hamilton Exhibit 3, Parts 1 and 2; and all other nonprotected material publicly. The loan and financial exhibits support the TRO application and are not attachments to the public Complaint.

Because the materials accompany Plaintiff's emergency ex parte application, Plaintiff respectfully requests prompt consideration on submission. Plaintiff will submit the public redacted and proposed sealed sets in accordance with ECF Rules 6.1 and 6.9 through 6.12, including unredacted copies with the proposed redactions highlighted and public placeholder pages for exhibits proposed to be sealed in full, subject to the procedures for a new civil action and any direction from the Clerk or assigned Judge.

The grounds for this motion are set forth in the accompanying memorandum. Plaintiff seeks no protection broader than necessary. Duplicate copies of the same source material receive the same treatment, pre-agreement communications and public-source materials remain open, and the proposed public versions leave the claims, requested relief, and nonconfidential factual basis available for public review. The public versions preserve the loan dates and principal, the debt and repayment history, recall and default facts, election deadlines, the general declining-recovery structure, releases, and the proposed lien and collateral structure. No protection is sought for those facts merely because they also appear in confidential source documents.

Specific settlement amounts, recovery percentages, valuation figures, exchange ratios and premiums, pricing inputs, and distribution allocations receive targeted protection. The lender's accrued or paid fee and points totals, business contact emails, registered business addresses and DocuSign envelope identifiers also remain public. No protection is sought for the lender's identity or the required Rule 7.1 disclosure.

Dated: September 4, 2026

Walnut Creek, California

Respectfully submitted,

By: _/s/ Adam Stern_
ADAM STERN
**SHOEMAKER GHISELLI + SCHWARTZ LLC**
1811 Pearl Street
Boulder, CO 80302
(303) 923-8672
astern@sgslitigation.com
Attorney for Plaintiff
SDNY Local Counsel

MICHAEL BURSHTEYN
JACOB POLIN
**BURSHTEYN POLIN LLP**
1212 Broadway Plaza
Suite 2100
Walnut Creek, CA 94596
(925) 238-3119
mike@burshteynpolin.com
jacob@burshteynpolin.com
Attorneys for Plaintiff
*Pro hac vice forthcoming*

RAFAEL YAKOBI
**THE CRYPTO LAWYERS, PLLC**
11035 Lavender Hill Drive
Suite 160-220
Las Vegas, NV 89135
(619) 317-0722
rafael@thecryptolawyers.com
Attorney for Plaintiff
*Pro hac vice forthcoming*