**SIDLEY**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-14-26

September 11, 2026

**VIA ECF AND EMAIL TO CHAMBERS**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, New York 10007

Re: Letter Motion to Seal In Support of Defendants' Emergency Motion To Dissolve the Temporary Restraining Order, Deny Confirmation of Attachment, and Deny Expedited Discovery in *ESS Frontier LLC v. Ostium Foundation et al.,* No. 1:26-cv-07645

Dear Judge Kaplan:

Counsel for Defendants in the above-captioned action respectfully request an order permitting Defendants to file the limited materials identified below under seal and in redacted form. Defendants request authorization to seal due to the confidential and material non-public financial information contained in portions of Defendants' intended filings.

Defendants request authorization to file under seal and publicly with redactions:

a. Defendants' Memorandum in Support of Defendants' Emergency Motion to Dissolve the Temporary Restraining Order, Deny Confirmation of Attachment, and Deny Expedited Discovery portions of which contain material non-public financial information and specific references to Data Room materials that are subject to a fully executed Non-Disclosure Agreement (the "NDA") and protected by FRE Rule 408 settlement communications.

b. The Kiernan-Linn Declaration in Support of Defendants' Emergency Motion to Dissolve the Temporary Restraining Order, Deny Confirmation of Attachment, and Deny Expedited Discovery, which reveals much of the same confidential information and material non-public financial information in order to demonstrate the breadth of Plaintiff's breach of the NDA and harm to Defendants by public disclosure of the information.

Defendants request authorization to file under seal and publicly with a slipsheet:

a. The Non-Disclosure Agreement in whole, which allows use in litigation for the sole purpose and exception of enforcing the NDA, but requires under provision § 2(c)(iii) of the NDA for the disclosing party to seek "confidential treatment (including by filing under seal or pursuant to a protective order)."

Plaintiff's breach of the NDA has already caused injury to Defendants' business interests by making public Defendants' restructuring framework. Defendants seek to limit further disclosure

SO ORDERED
KAPLAN, USDJ 9/14/26

Case 1:26-cv-07645-LAK Document 53 Filed 09/11/26 Page 2 of 2

**SIDLEY**



of that information so that it can control the rollout of this framework in a coordinated and thoughtful fashion. Defendants further seek to comply with the fully executed NDA and its requirements for Confidential Treatment.

Pursuant to ECF Rule 6.1, Defendants therefore respectfully request authorization to seal the above-mentioned documents. Defendants will comply with ECF Rules 6.10 and 6.11 in filing of documents publicly and under seal.

Defendants acknowledge that certain of this information has been previously filed publicly and without seal, but Defendants' moving papers are specifically seeking to dissolve the temporary restraining order based on the improper disclosure of such NDA-protected and confidential information and the irreparable harm it has and continues to cause. Defendants therefore seek to protect and limit continued exposure of the confidential information subject to the NDA.

For the foregoing reasons, Defendants respectfully request that the Court authorize filing under seal of the unredacted versions of the Memorandum in Support of Defendants' Emergency Motion to Vacate the Temporary Restraining Order, Deny Confirmation of Attachment, and Deny Expedited Discovery; the Kiernan-Linn Declaration; the Non-Disclosure Agreement; and any additional accompanying exhibits and supporting papers.

Respectfully submitted,

*/s/ Jon W. Muenz*

**SIDLEY AUSTIN LLP**

Jon W. Muenz
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: jmuenz@sidley.com

*Counsel for Defendants Ostium Foundation, Ostium Labs Co., DeltaX Ltd., and DX Group Limited*