**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESS FRONTIER LLC,<br><br>Plaintiff,<br><br>-against-<br><br>OSTIUM FOUNDATION; OSTIUM LABS CO.; DELTAX LTD.; DX GROUP LIMITED; KALEDORA KIERNAN-LINN; and JOHN DOE TRANSFEREES 1-10,<br><br>Defendants. | Case No. 1:26-cv-07645 |

**CONSENTED MOTION, STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 1.4, Sidley Austin LLP ("Sidley"), by Jon W. Muenz, hereby moves to withdraw as counsel of record for Defendants Ostium Foundation, Ostium Labs Co., DeltaX Ltd., and DX Group Limited (collectively, "Defendants") in the above-captioned action, on the ground that Defendants have retained Cooley LLP ("Cooley") as substitute counsel. It is stipulated and agreed by and between the undersigned that Cooley shall be substituted as counsel of record for Defendants in place of Sidley, as follows:

**COOLEY LLP**
Cullen Drescher Speckhart
cspeckhart@cooley.com

Russell Capone
rcapone@cooley.com

Kaitland Kennelly
kkennelly@cooley.com

55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Sidley does not assert a retaining or charging lien in connection with its withdrawal. Upon entry of this Order, Sidley shall be removed from the Court's service list, and all pleadings, notices, and other filings in this case shall be served upon Cooley. Cooley does not seek any adjournment, extension, or alteration of any existing deadlines or dates for court appearances in this case.

Dated: September 15, 2026

Submitted by:

/s/ Jon W. Muenz

**SIDLEY AUSTIN LLP**

Jon W. Muenz
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: jmuenz@sidley.com

*Counsel for Defendants Ostium Foundation, Ostium Labs Co., DeltaX Ltd., and DX Group Limited*

**COOLEY LLP**

Kaitland Kennelly
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: kkennelly@cooley.com

*Substitute Counsel for Defendants Ostium Foundation, Ostium Labs Co., DeltaX Ltd., and DX Group Limited*

**OSTIUM FOUNDATION**

Glenn Kennedy

**OSTIUM LABS CO.**

Kaledora Kiernan-Linn

**DELTAX LTD. and DX GROUP LIMITED**

Luca Merolla

SO ORDERED.

Dated: ____________________, 2026

New York, New York

____________________________________

HONORABLE LEWIS A. KAPLAN

UNITED STATES DISTRICT JUDGE