USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ESS FRONTIER LLC,

Plaintiffs,

-against-

26-cv-7645 (LAK)

OSTIUM FOUNDATION, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Court has determined that it will not take live testimony at the September 17 hearing.

SO ORDERED.

Dated: September 16, 2026

Lewis A. Kaplan
United States District Judge