UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ESS FRONTIER LLC,

Plaintiff,

-against- 26-cv-7645 (LAK)

OSTIUM FOUNDATION, et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The hearing previously scheduled for September 17, 2026 is adjourned to September 28, 2026 at 10:00 a.m. in Courtroom 21B. The parties shall submit the joint report referred to in Dkt 93 at September 24, 2026 and shall do so under seal. The parties subject to the interim restraint referred to in Dkt 93 shall comply with the undertaking set forth therein.

SO ORDERED.

Dated: September 16, 2026

/s/ Lewis A. Kaplan

Lewis A. Kaplan
United States District Judge