USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 09/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x

ESS FRONTIER LLC,

Plaintiff,

-against-

26-cv-7645 (LAK)

OSTIUM FOUNDATION, et al.,

Defendants.

------------------------------------------ x

**ORDER OF DISMISSAL**

LEWIS A. KAPLAN, *District Judge.*

The parties reportedly having reached a settlement, the case is dismissed with prejudice and without costs, subject to the right of either party to reinstate the action no later than October 26, 2026, if the settlement is not consummated by then.

SO ORDERED.

Dated: September 25, 2026

Lewis A. Kaplan
United States District Judge