Case 1:26-cv-07645-LAK Document 99 Filed 09/25/26 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESS FRONTIER LLC and MINGHUI ZHENG,<br><br>Plaintiffs,<br><br>-against-<br><br>OSTIUM FOUNDATION; OSTIUM LABS CO.; DELTAX LTD.; DX GROUP LIMITED; KALEDORA KIERNAN-LINN; and JOHN DOE TRANSFEREES 1–10,<br><br>Defendants. | Case No. 1:26-cv-07645-LAK<br><br>**JOINT MOTION FOR DISMISSAL** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-28-26

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties jointly request that the Court enter the attached proposed order. The Parties have resolved their disputes pursuant to a Settlement and Release Agreement dated September 24, 2026 (the "Settlement Agreement") and respectfully request that the Court:

1. Dismiss all claims in this action against Ostium Foundation, Ostium Labs Co., DeltaX Ltd., DX Group Limited, and the John Doe Transferees without prejudice, and dismiss all claims in this action against Kaledora Kiernan-Linn with prejudice, subject to the Court's express retention of jurisdiction to enforce the Settlement Agreement as set forth in the attached proposed order.

2. Vacate the hearing currently scheduled for September 28, 2026, and permit withdrawal of the pending motion for emergency relief. Exonerate and release the bond and security posted by Plaintiffs in connection with that motion.

3. Direct that each party shall bear its own attorneys' fees and costs.

4. Retain jurisdiction to enforce the Settlement Agreement and its exhibits against the signatories in accordance with their respective obligations. Preserve the right to seek relief under Paragraph 7(d), including reinstatement following avoidance or clawback, subject to applicable law and procedure.

5. This joint motion may be executed in counterparts and by electronic signature. It is not a self-executing stipulation of dismissal.

Dated: September 25, 2026

**BURSHTEYN POLIN LLP**
By: */s/ Michael Burshteyn*
Michael Burshteyn
Jacob Polin
1212 Broadway Plaza, Suite 2100
Walnut Creek, California 94596
Telephone: (925) 238-3119
mike@burshteynpolin.com
jacob@burshteynpolin.com

**THE CRYPTO LAWYERS, PLLC**
Rafael Yakobi
11035 Lavender Hill Drive, Suite 160-220
Las Vegas, Nevada 89135
Telephone: (619) 317-0722
rafael@thecryptolawyers.com

**SHOEMAKER GHISELLI + SCHWARTZ LLC**
Adam B. Stern
1811 Pearl Street
Boulder, Colorado 80302
Telephone: (303) 923-8672
astern@sgslitigation.com
Attorneys for Plaintiffs

**COOLEY LLP**
By: */s/ Kaitland M. Kennelly*
Kaitland M. Kennelly
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6657
cspeckhart@cooley.com
Attorneys for Defendants Ostium Foundation, Ostium Labs Co., DeltaX Ltd., and DX Group Limited

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
By: */s/ Alexander C. Drylewski*
Alexander C. Drylewski
One Manhattan West
New York, New York 10001
Telephone: (212) 735-2129
alexander.drylewski@skadden.com
Attorneys for Defendant Kaledora Kiernan-Linn

Granted

SO ORDERED

9/28/26

LEWIS A. KAPLAN, USDJ