Case 1:26-cv-07645-LAK Document 100 Filed 09/25/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESS FRONTIER LLC and MINGHUI ZHENG,<br><br>Plaintiffs,<br><br>-against-<br><br>OSTIUM FOUNDATION; OSTIUM LABS CO.; DELTAX LTD.; DX GROUP LIMITED; KALEDORA KIERNAN-LINN; and JOHN DOE TRANSFEREES 1–10,<br><br>Defendants. | Case No. 1:26-cv-07645-LAK<br><br>**~~[PROPOSED]~~ ORDER FOR DISMISSAL** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-28-26

Upon the Parties' joint motion under Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that:

1. This action is dismissed without prejudice against Ostium Foundation, Ostium Labs Co., DeltaX Ltd., DX Group Limited, and the John Doe Transferees 1–10, and dismissed with prejudice against Kaledora Kiernan-Linn.

2. As an express condition of dismissal, the Court retains jurisdiction to enforce the Settlement and Release Agreement dated September 24, 2026 (the "Settlement Agreement") and its exhibits against the signatories in accordance with their respective obligations, and to decide any noticed application for entry of judgment under Exhibit B to the Settlement Agreement.

3. The pending motion for emergency relief is withdrawn and the hearing scheduled for September 28, 2026 is vacated. The bond or other security posted by Plaintiffs in connection with that motion is exonerated and shall be released.

4. Each Party shall bear its own attorneys' fees and costs, except as provided in the Settlement Agreement.

5. This dismissal does not adjudicate any preserved underlying claims.

6. The Parties may seek relief under Paragraph 7(d) of the Settlement Agreement, including following avoidance or clawback, subject to applicable law and procedure.

**SO ORDERED.**

Dated: 9/28/26
New York, New York

LEWIS A. KAPLAN
United States District Judge